# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| BRANDON MICHAEL PICKENS, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:13-cv-00277-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| BRAD PERRITT, | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2013 Order.

December 19, 2013

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court