UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-277-FDW

| | | |
|---|---|---|
| BRANDON MICHAEL PICKENS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| BRAD PERRITT, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** comes before the Court on Petitioner's Motion for Reconsideration of this Court's Order dated July 28, 2016, in which the Court denied various motions for relief filed by Petitioner, in which he sought relief from judgment on his underlying habeas petition filed under 28 U.S.C. § 2254.

Petitioner's Motion for Reconsideration, (Doc. No. 38), is **DENIED** for the same reasons that the Court denied Petitioner's prior motions for relief. As the Court thoroughly explained in its prior order, Petitioner is not entitled to relief from judgment on his underlying habeas petition. Furthermore, the Court notes that Petitioner has appealed this Court's prior order to the Fourth Circuit Court of Appeals, and that appeal is pending.

Frank D. Whitney
Chief United States District Judge

1