UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13-cv-00277-FDW

| | |
|---|---|
| BRANDON MICHAEL PICKENS, ) ) Petitioner, ) ) v. ) ) BRAD PERRITT, ) ) Respondent. ) ) | **ORDER** |

**THIS MATTER** is before the Court on Petitioner's Letter [Doc. 56].

Pursuant to the Court's previous admonishment and because Petitioner's letter is improper in the first instance, the Court will strike Petitioner's letter [Doc. 56] from the record in this matter. [See Doc. 54 at 2].

**IT IS, THEREFORE, ORDERED** that Petitioner's Letter [Doc. 56] is hereby **STRICKEN** from the record in this matter.

Signed: January 17, 2024

Frank D. Whitney
United States District Judge